ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Phase Sensitive Innovations, Inc. | ) ASBCA No. 60488 |
| | ) |
| Under Contract No. N00173-08-C-2050 | ) |

APPEARANCE FOR THE APPELLANT:      Stephen E. Ruscus, Esq.
     Morgan, Lewis & Bockius LLP
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
     DCMA Chief Trial Attorney
     Kara M. Klaas, Esq.
     Trial Attorney
     Defense Contract Management Agency
     Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 8 May 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60488, Appeal of Phase Sensitive Innovations, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals